Nonsuit set aside.

---

## REGULÆ GENERALES.

ORDERED, that in future, the days for non-enumerated
motions be Monday and Thursday, in the first week of
term, and Friday, in the second week.

N. B. This alteration was occasioned by the late act of
the legislature fixing the terms of this court, in consequence
of which, Thursday is become the *quarto die post.*[1] The
rules of October, 1801, and July, 1802, are therefore, an-
nulled.

ORDERED, that every person who shall have regularly
pursued juridical studies, under the direction or instruction
of a professor or counsellor at law, for four years, within

purchaser is not liable, nor the vendor for a small deficiency. *Sir Cloudesly
Shovel* v. *Bogan*, 2 Eq. Ca. Ab. 688, pl. 1. How much will be covered by
the words more or less is not accurately defined. In a *lease* of ten acres if
they fall short three, the lessee, it is said, must be content. *Day* v. *Fin*,
Owen, 133. On the other hand, if it specify the land by name, and add
"containing 10 acres," when in truth it contains 20, the whole will pass.
*Thetford* v. *Thetford*, Savil, 114. We have ruled that a conveyance of a lot
by name, "as said to contain 600 acres, be the same more or less," is a per-
formance of the condition of a bond to convey that lot "containing 600"
acres, though the lot fell short 125 acres. *Mann & Toles* v. *Pearson*, 2 Johns.
Rep. 37. Note, the consideration money paid was a gross sum, not a cer-
tain sum, at and after the rate of so much per acre.

See also *Van Wyck* v. *Wright*, 18 Wend. 157; *Root* v. *Puff*, 3 Barb. Sup.
J. Rep. 353; *Luce* v. *Carley*, 24 Wend. 451; *Lush* v. *Druse*, 4 Wend. 313.
*Jackson* v. *McConnell*, 19 Wend. 175; *Jackson* v. *Banenger*, 15 J. R. 471
*Mann* v. *Pearson*, 2 J. R. 37.

[1] See to the same effect Rule 36 of Sup. Court.

this state, or shall have been admitted to the degree of counsellor at law in any other of the United States, and practised with reputation, as such, for four years in such state, shall be entitled to a license to practise as counsel in this court; and that the second rule of October term, 1797 be annulled.(*a*)

In this vaction Mr. Justice *Radcliffe* resigned his seat on the bench.

(*a*) No person other than a natural born, or naturalized citizen of the United States, shall be admitted as a counsellor or attorney of this court. Rule of August, 1806.